UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN LOFTHUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.: 1:20-cv-2793 |
| | ) |
| POLYNOVO NORTH AMERICA, LLC, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND JURY DEMAND**

**I. NATURE OF THE CASE**

1. This is an action brought by Plaintiff, Stephen Lofthus ("Lofthus"), by counsel, against Defendant, Polynovo North America, LLC ("Defendant"), for violating the Americans with Disabilities Act ("ADA"), as amended, 42 U.S.C. § 1201 *et. seq.*

**II. PARTIES**

2. Lofthus is a resident of Indiana, who at all times relevant to this action, resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant routinely conducts business within the geographical boundaries of the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. § 1331; 28 U.S.C. § 1343; 28 U.S.C. § 1367; and 42 U.S.C. § 12117.

5. Defendant is an "employer" as that term is defined by 42 U.S.C. § 12111(5)(A).

6. Lofthus was an "employee" as that term is defined by 42 U.S.C. § 12111(4).

7. Lofthus has a "disability" as that term is defined by 42 U.S.C. § 12102(2).

8. Lofthus is a "qualified individual with a disability" as defined by 42 U.S.C. § 12111(8).

9. Lofthus satisfied his obligation to exhaust his administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission against Defendant alleging Discrimination based on his Disability. Lofthus received the required Notice of Suit Rights and timely files this action.

10. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

### IV. FACTUAL ALLEGATIONS

11. Lofthus began working for Defendant on or around August 5, 2019 as a Territory Manager.

12. At all relevant times, Lofthus met or exceeded Defendant's legitimate performance expectations.

13. Lofthus suffers from a disability, as that term is defined by the ADA. Lofthus suffers from type one diabetes. Lofthus informed Defendant of his disability at the start of his employment.

14. When the COVID-19 Pandemic hit, Lofthus' disability placed him at a higher risk of contracting the virus, particularly because his job placed him in hospitals to make sales calls.

15. On or around May 15, 2020, Lofthus spoke to Jake Tanner, Director of Marketing, about business accounts that he had in Illinois and how his disability put him a higher risk to contract the virus. Lofthus attempted to engage in the interactive process.

16. On or around May 22, 2020, Lofthus spoke to his direct Supervisor, Ed Casagrande, East Coast Area Manager, and requested an accommodation for his disability. Lofthus requested the ability to work from home. Casagrande denied his request. Similarly situated, non-disabled individuals, were able to work from home during the pandemic.

17. Following his conversation with Casagrande, Lofthus reached out to his endocrinologist to submit certification of his disability and his heightened risk of contracting the virus.

18. On or around June 1, 2020, Lofthus spoke with Casagrande and Ed Grabaurt, VP of Sales for the U.S., and they pressured him to either resign or face termination for alleged performance issues. Casagrande stated that based on his disability, Lofthus would have difficulty traveling to Illinois to continue performing his job. Casagrande gave Lofthus 24 hours to make a decision to resign or be terminated.

19. On or around June 2, 2020, Lofthus' Endocrinologist sent a letter to Defendant certifying his disability.

20. On or around June 3, 2020, Lofthus was terminated in violation of the Americans with Disabilities Act. Defendant's stated reason for terminating Lofthus' employment was pretext.

## V. CAUSES OF ACTION

21. Lofthus hereby incorporates by reference paragraphs one (1) through twenty (20) of his Complaint as if the same were set forth at the length herein.

22. Defendant discriminated against Lofthus by subjecting him to disparate treatment on the basis of his disability.

23. Defendant's actions were intentional, willful, and in reckless disregard of Lofthus' rights as protected by the Americans with Disabilities Act, as amended 42 U.S.C. § 12101 *et. seq.*

24. Lofthus has suffered damages as a result of Defendant's actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Stephen Lofthus, by counsel, respectfully requests that this Court find for Plaintiff and:

1. Permanently enjoin Defendant from engaging in any employment policy or practice that discriminates against any employee on the basis of his disability;

2. Reinstate Plaintiff to the position, salary, and seniority level he would have enjoyed but for Defendant's unlawful employment actions, or award him front pay in lieu thereof;

3. Order that Plaintiff be awarded any back pay he would have earned, including fringe benefits with related money benefits and interests thereon, absent Defendant's unlawful acts.

4. Award Plaintiff compensatory damages for Defendant's violations of the ADA;

5. Award Plaintiff punitive damages for violations of the ADA;

6. Award the Plaintiff his attorney fees, litigation expenses, and costs incurred as a result of this action;

7. Award Plaintiff pre- and post judgement interest on all sums recoverable; and

8. Grant such other relief as may be just and proper.

Respectfully Submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: */s/ Taylor Ferguson*_____
Taylor Ferguson
Andrew Dutkanych III
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone:   (317) 991-4765
Facsimile:    (812) 424-1005
Email:         Tferguson@bdlegal.com
                   Ad@bdlegal.com
*Attorneys for Plaintiff, Stephen Lofthus*

**DEMAND FOR JURY TRIAL**

Plaintiff, Stephen Lofthus, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully Submitted,

                          BIESECKER DUTKANYCH & MACER, LLC

                          By: */s/ Taylor Ferguson*
                          Taylor Ferguson
                          Andrew Dutkanych III
                          144 North Delaware Street
                          Indianapolis, Indiana 46204
                          Telephone:   (317) 991-4765
                          Facsimile:    (812) 424-1005
                          Email:        Tferguson@bdlegal.com
                                            Ad@bdlegal.com
                          *Attorneys for Plaintiff, Stephen Lofthus*