**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **STEPHEN LOFTHUS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.: 1:20-cv-02793-JRS-TAB |
| | ) |
| **POLYNOVO NORTH AMERICA, LLC,** | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

The Court, having considered the *Stipulation of Dismissal With Prejudice* filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs.

SO ORDERED.

Date: 1/7/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

All counsel of record.